JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MELANY DAYSI OSORIO-CUENCA,<br>Petitioner,<br>v.<br>DAVID MARIN, et al.,<br>Respondents. | Case No. 5:26-cv-02481-SP<br><br>**JUDGMENT** |

Pursuant to the Memorandum Opinion and Order Granting Petition filed contemporaneously with the filing of this Judgment,

IT IS HEREBY ADJUDGED that the Petition is granted.

Dated: July 27, 2026

SHERI PYM
United States Magistrate Judge